UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WEDGEWOOD SHERBURNE, INC.,

        Plaintiff,

-vs-                                            Case No. 2:10-cv-239-FtM-29SPC

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Motion for Appointment of a Neutral Umpire (Doc. #17) filed on October 8, 2010. The Parties have attempted to reach an agreement on the selection of a Neutral Umpire, but assert that they have reached an impasse. The Parties are now requesting the Court to appoint a Neutral Umpire. The Court defers ruling on the Motion and directs the Parties to meet and confer and provide an agreed upon list of the top three candidates for Neutral Umpire for the Court's consideration. Accordingly, it is now

**ORDERED:**

Ruling deferred on Plaintiff's Motion for Appointment of a Neutral Umpire (Doc. #17). Plaintiff shall provide an agreed upon list of the top three candidates for Neutral Umpire on or before **October 22, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record